UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

TRACY HEDMAN, MALINDA MCMAHON, and JAMES MONTOYA individually and on behalf of all other persons similarly situated,

                              Plaintiffs,

-against-

FAT DOUGH INC., and any related entities,

                              Defendant.

NOTICE OF VOLUNTARY DISMISSAL

Case No.: 5:24-cv-00612 (DNH/MJK)

      Pursuant to F.R.C.P. 41(a)(1)(A)(i), of the Federal Rules of Civil Procedure, the Named Plaintiffs TRACY HEDMAN, MALINDA MCMAHON, and JAMES MONTOYA, through their undersigned counsel, filed the above-reference action on May 3, 2024, and pursuant to FRCP Rule 41(a)(1)(A)(i), respectfully dismiss any and all claims asserted in this action, without costs or fees as to any party.

Dated: July 23, 2024

IT IS SO ORDERED:

*[signature]*
David N. Hurd
U.S. District Judge

Dated: 07-26-2024

/s/ Ryan G. Files
Ryan G. Files, Esq.
Frank S. Gattuso, Esq.
GATTUSO & CIOTOLI, PLLC
The White House
7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
rfiles@gclawoffice.com
fgattuso@gclawoffice.com

*Attorneys for the Named Plaintiffs and putative class and collective*